# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20727
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 10, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

KODY JUDE BONIN,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-MC-2797

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The order of the district court is affirmed and Petitioner must comply. No reasons are given by this taxpayer for failing to do so.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.